# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2024 ND 203

State of North Dakota,

Plaintiff and Appellee

v.

Lucio Cruz,

Defendant and Appellant

## No. 20240099

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable Lindsey R. Nieuwsma, Judge.

AFFIRMED.

Per Curiam.

Dennis H. Ingold, Assistant State's Attorney, Bismarck, ND, for plaintiff and appellee; on brief.

Alexander S. Kelsch, Mandan, ND, for defendant and appellant; on brief.

**Per Curiam.**

[¶1]   Lucio Cruz appeals from a criminal judgment entered after a jury convicted him of aggravated assault, a class C felony. Cruz argues insufficient evidence exists to support the verdict. After reviewing the record, we conclude substantial evidence supports the verdict. We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶2]   Jon J. Jensen, C.J.
      Lisa Fair McEvers
      Jerod E. Tufte
      Douglas A. Bahr
      Daniel S. El-Dweek, D.J.

[¶3]   The Honorable Daniel S. El-Dweek, D.J., sitting in place of Crothers, J., disqualified.